UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Sandy Steele and Deborah Wilson Steele**
S.S. Nos.: xxx-xx-7748 and xxx-xx-2363
Mailing Address: 602 Orindo Drive, Durham, NC 27713-

Case No. 08-81849

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on November 26, 2008.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: January 7, 2009

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 7/16/08 |
|---|---|
| Lastname-SS#: | Steele-7748 EAE |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | LFG | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|---|
| Retain | LFG | | | |
| | Citimortgage | | 1,686 | ** |
| | Mortgage Servicing Center | | 982 | ** |
| | Mechanics Bank | | 677 | ** |
| | #REF! | #REF! | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| LFG | Credit Card Machine |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Citimortgage | | $1,686 | n/a | n/a | $1,686.00 | House and land-Residence |
| | Mortgage Servicing Center | | $982 | n/a | n/a | $982.00 | Daycare-Drew St. |
| | Mechanics Bank | | $677 | n/a | n/a | $677.00 | Umstead Road |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 8.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Va Credit Union | | $9,100 | 7.00 | $91 | $184.52 | 2002 Lincoln Navigator |
| | Chase | | $9,503 | 7.00 | $95 | $192.69 | 2000 Lexus LS |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,500 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | $42,853 |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See♣) | | $22,098 |

| GENERAL NON-PRIORITY UNSECURED | | Amount* |
|---|---|---|
| DMI= | None($0) | $10,303 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ 5,295 per month for 60 months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: N/A months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
♣ = Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP
** = Pre-petition arrearage includes 1 post-petition motgage payment.

Ch13Plan_MD_(DeSardi) (11/6/07) © John T. Orcutt (Page 4 of 4)

### Other Miscellaneous Provisions

The Debtors have $113,148.43 in equity above exemptions in property owned as Tenants by the Entireties, making this amount available for join unsecured creditors and the IRS, which is proposed to be paid in full, the only joint debt scheduled is to Bank of America, which are included in the "co-sign protect" section above.

The Male Debtor has $10,302.95 in equity above exemptions in real and personal property owned soley by him. Accordingly, this amount is to be paid to his individual creditors, which are classified in the "Co-sign Protect" section above.

The Female Debtor has no equity above exemptions and her individual creditors are not proposed to receive any dividend.

# CERTIFICATE OF SERVICE

I, Charlene Free, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Free
_____
Charlene Free

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

CitiMortgage
Post Office Box 9438
Gaithersburg, MD 20898-9438

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

American Express
Post Office Box 981535
El Paso, TX 79998-1535

Country Club Villas
Surfside Beach, SC

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Bank of America
Post Office Box 15184
Wilmington, DE 19850-5184

Discover Card Services
Post Office Box 15192
Wilmington, DE 19850-5192

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Bank of America
c/o MBNA
Post Office Box 15026
Wilmington, DE 19850-5026

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Internal Revenue Service**
Post Office Box 21126
Philadelphia, PA 19114-0326

Beneficial
4711 Hope Valley Road
Durham, NC 27707

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

LFG
233 North Michigan Avenue
Ste 1800
Chicago, IL 60601

Experian
P.O. Box 2002
Allen, TX 75013-2002

Chase
Post Office Box 15298
Wilmington, DE 19850-5298

Macy's
Post Office Box 8097
Mason, OH 45040

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Chase Auto Finance
Post Office Box 901008
Fort Worth, TX 76101-2008

Mechanic & Farmers Bank
2634 Chapel Hill Blvd.
Durham, NC 27707

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Child Support Enforcement
Post Office Box 20800
Raleigh, NC 27619-0800

Meridian Financial Services, Inc.
Post Office Box 1410
Asheville, NC 28802-1410

Mortgage Servicing Center
1 Mortgage Way
Mount Laurel, NJ 08054


NC Department of Revenue
Post Office Box 25000
Raleigh, NC 27640-0002


North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000


North Carolina Dept of Revenue**
Post Office Box 1168
Raleigh, NC 27602-1168


Sears
Post Office Box 6282
Sioux Falls, SD 57117-6282


Sears
Post Office Box 6283
Sioux Falls, SD 57117-6283